**IN the INTEREST OF J.O.H. and E.C.H., Children**

NO. 12–15–00317–CV

Court of Appeals of Texas, Tyler.

Opinion delivered April 29, 2016

Lisa Moran, for Appellant.

Lauren L. Thompson, for Appellee.

Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.

### *MEMORANDUM OPINION*

PER CURIAM

Appellant has filed a motion to dismiss this appeal. We grant the motion and *dismiss* the appeal. *See* TEX. R. APP. P. 42.1(a)(1).